IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 01:04-CR-0201** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **DENISE OLIVIA JACKSON** | : | |

### ORDER

AND NOW, this 27th day January, 2006, upon consideration of defendant's concurred-in motion (Doc. 40) to transfer jurisdiction over her supervised release to the Middle District of North Carolina, see 18 U.S.C. § 3605 ("A district court . . . may transfer jurisdiction over a . . . person on supervised release to the district court for any other district to which the person . . . is permitted to proceed, with the concurrence of such court."), and following a telephone conference with counsel for the parties and discussions with the defendant's probation officer, it appearing that the only pending charges against defendant relate to violations of local tax ordinances, that prior to this court's imposition of sentence the defendant resided and her minor child attended school within the Middle District of North Carolina, that defendant still maintains housing within the Middle District of North Carolina where her clothing and other possessions are located, and that previously the United States Probation Office for the Middle District of North Carolina had graciously kept defendant under pre-trial services supervision pending disposition of this case, and the court finding that it would be in the interests of justice to transfer jurisdiction over defendant to the Middle District of North Carolina, it is hereby ORDERED that:

1. The motion (Doc. 40) to transfer jurisdiction over defendant's supervised release is GRANTED.  See 18 U.S.C. § 3605.

2. The Clerk of Court and the United States Probation Office are directed to effectuate a TRANSFER of the above-captioned case to the United States District Court for the Middle District of North Carolina.

3. The United States District Court for the Middle District of North Carolina is respectfully REQUESTED to accept jurisdiction over defendant Denise Olivia Jackson and to continue the administration of the terms of her supervised release.  See 18 U.S.C. § 3605.

4. This court shall maintain jurisdiction over, and the United States Probation Office for the Middle District of Pennsylvania shall continue to supervise, defendant Denise Olivia Jackson until such time as the United States District Court for the Middle District of North Carolina accepts jurisdiction over this matter.

 S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge